FILED-CLERK U.S. DISTRICT [COURT] 2012 DEC 17 AM 10: [24] TEXAS-EASTERN BY____

FILED-CLERK U.S. DISTRICT COURT 2012 DEC 17 AM 10: 24 TEXAS-EASTERN BY____

General Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

Brett A. Cargile
_____

List the full name of each plaintiff in this action.

Case Number: 6:12cv939

VS.

James B. Holton DDS, MSD
Lester B. Collins III, MD
ETMC Tyler Tx

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

Self - Brett Allen Cargile
PO Box 874 - Tyler Tx 75710

C. Results of the conference with counsel:

F.T.C - Fraud Have Postol Fraud IDenity Fraud Inspecter General VFI Fraud - 2 claime # Hippa - Stolen Med Record CLAim # 40386784 - 42164538

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ✓ Yes ___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: 1-24-10

2. Parties to previous lawsuit(s):

Plaintiff Brett Allen Cargile

Defendant Richard Ross, Terry Purdue Rickey Allum Hoyt Ford Nomac Drilling

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

Eastern District Tx, Smith

4. Docket number in other court. #7 2:10 CV 307
Cause # 42:1983    #:2:10-CV-00307-TJW-CE

5. Name of judge to whom the case was assigned.
T. John Ward - Judge Charles Evergham

6. Disposition: Was the case dismissed, appealed or still pending?

Dismissed

7. Approximate date of disposition. 1-24-11

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 Brett Allen Cargile
Po Box 874 - Tyler Tx 75701

Pla #2 _____

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: James B. Holton, Surgery Oral and Facial Surgery - 805 Turtle creek Dr Tyler Tx 75701 - 903-592-1664

Dft #2: Lester B. Collins III, MD - Neurologist 700 Olympic PLASZA Circle, Suit 910 Tyler Tx 75701

Dft #3 ETMC of Tyler Tx -
TDI - Employment Injered counsel
Tyler Tx 75701 - Arkive Dep. Med Records

Attach a separate sheet for additional parties.

TDI Employment Injury Counsel
Tyler Tx 3800 PaLuxey Drive Suit 520
Tyler Tx 75703 -

IV:    Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Takeing Med Records - Falsifying Med Records Not Helping Me with Med Problems - Takeing Medical Records out of my Files - Medical Malpractice - Lying to the Federal Judge. Dr Holton Operated on My Head - Removed cyst From Head - Cyst got infected - Said I had A ABsest In Left side of head - Behind Skull Referred me to Dr Collins - Dr Collins Sent me to Spine And Joint Did Ct with Contrast Without Contrast - Dr Collins said My Head Look like the After math of a Hurricane Refused to treat me - Dr Holton Refused to treat me - I have the Original CDs of test - The fire on Nomac Rig 119 Burned my operation - I have had infection for over 4 yrs - The Medical Forms And Insurance Papers for the Injury on Nomac Rig 119 Were not Filled out - TD I Laughed At me said If I can Remember Injury Date They Would Help me - I want my TDI money And my Medical to Be Done Right

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I want my Back pay And I want All medical records to Be sealed. I want Every one to no I did not set A fire on Rig 119 for Nomac-Drlg I want Proper Medical treatment All my Med Bills to Be payed for By Nomac. And I want the People to tell you the truth they Lyed to you

Signed this _Dec_ day of _0/2- 17_, 20 _12_.
12-17-12              (Month)                            (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _____
            Date

Signature of each plaintiff

State of Texas

County of Smith

SUBSCRIBED AND SWORN TO BEFORE ME by Brett A. Cargile on the 17 day of Dec, 2012, to certify which witness my hand and official seal.



_Cristy A Keul_
Notary Public

James B. Holton, DDS, MSD
*Diplomate American Board of Oral and Maxillofacial Surgery*



TYLER
ORAL AND FACIAL
SURGERY CENTER

URT

2405 Turtle Creek Drive • Tyler, Texas 75701
903-592-1664 • 1-800-531-2323 • Fax 903-592-1789
N E-Mail: tofs@tofstyler.com • Website: tyleroralsurgery.com

**ETMC**
NEUROLOGICAL INSTITUTE
*East Texas Medical Center Regional Healthcare System*

**Lester B. Collins III, MD**
*Neurologist*

700 Olympic Plaza Circle, Suite 910
Tyler, Texas 75701
PH: (903) 595-2643
1-800-728-2702
FAX: (903) 595-6816
www.etmc.org/neuro